1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Richard James Skaggs,                )    No. CV 14-0151-PHX-JAT
                                          )
10                    Petitioner,         )    **ORDER**
                                          )
11   vs.                                  )
                                          )
12                                        )
     Charles L Ryan, et al.,              )
13                                        )
                      Respondents.        )
14                                        )
                                          )
15   _____

16          Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus

17   ("Petition") (Doc. 1).  The Magistrate Judge issued a Report and Recommendation ("R&R")

18   (Doc. 16) recommending that the Petition be denied.

19          Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts

20   the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not

21   required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"

22   (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en

23   banc*) ("statute makes it clear that the district judge must review the magistrate judge's

24   findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis

25   in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

26          Based on the foregoing,

27          **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 16)

28   is **ACCEPTED**; accordingly,

- • Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied and dismissed with prejudice,

- • in the event Petitioner files an appeal, issuance of a certificate of appealability is denied because denial of the petition is based on a plain procedural bar and jurists of reason would not find this Court's procedural ruling debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000), and

- • the Clerk of the Court shall enter judgment of dismissal with prejudice.

DATED this 20th day of November, 2014.

_____

James A. Teilborg
Senior United States District Judge